26cr19(LMP/LIB)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL DAVID SEKI JR.,<br><br>　　　　Defendant. | **INDICTMENT**<br><br>18 U.S.C. § 113(a)(6)<br>18 U.S.C. § 113(a)(7)<br>18 U.S.C. § 1151<br>18 U.S.C. § 1153(a) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault Resulting in Serious Bodily Injury)

On or about July 22-23, 2025, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**MICHAEL DAVID SEKI JR.,**

an Indian, did assault Victim 1, resulting in serious bodily injury; all in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153(a).

### COUNT 2
(Assault Resulting in Substantial Bodily Injury)

On or about July 22-23, 2025, in the State and District of Minnesota, and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

SCANNED
JAN 13 2026
U.S. DISTRICT COURT MPLS

*United States v. Michael David Seki Jr.*

## MICHAEL DAVID SEKI JR.,

an Indian, did assault Victim 1, a spouse, intimate partner, and dating partner of the defendant, resulting in substantial bodily injury; all in violation of Title 18, United States Code, Sections 113(a)(7), 1151, and 1153(a).

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                 FOREPERSON